IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-455-CNS

Katarzyna Brozynski,

    Plaintiff,

v.

Safeco Insurance Company of America,

    Defendant.

**PLAINTIFF'S DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, Plaintiff hereby names and identifies the citizenship of the following individual whose citizenship is attributed to Plaintiff:

Plaintiff Katarzyna Brozynski is an individual who is a citizen of Texas.

    Respectfully submitted,

    */s/ Alexander N. Beard*
    Alexander N. Beard
    State Bar No. 01970000
    SAUNDERS, WALSH & BEARD
    6850 TPC Drive, Suite 210
    McKinney, Texas 75070
    Telephone: (214) 919-3555
    Facsimile: (214) 615-9019
    Alex@saunderswalsh.com

    **ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

  I hereby certify that on April 15, 2024, I caused a true and correct copy of the foregoing to be served on all counsel of record via the CM/ECF system.

*/s/ Alexander N. Beard*
Alexander N. Beard
