IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 24-cv-455-CNS-MEH | Date: | May 8, 2024 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501* |

*Parties:*                                                                                     *Counsel:*

KATARZYNA BROZYNSKI,                                                         Alex Beard

  Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,           Robin Bowers

  Defendant.

---

**COURTROOM MINUTES/MINUTE ORDER**
**SCHEDULING CONFERENCE**

---

**Court in session:**     10:40 a.m.

Court calls case.   Appearances of counsel.

Discussion held regarding the Parties' [ECF 16] *Proposed Scheduling Order*.

THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:

**Discovery Deadline:**                                         December 20, 2024
**Dispositive Motion Deadline:**                      January 21, 2025
**Rule 26(a)(2) Expert Disclosures:**               October 7, 2024
**Rule 26(a)(2) Rebuttal Expert Disclosures:**   November 20, 2024

**Final Pretrial Conference:**                           Within 24 hours after the Scheduling Conference, Parties shall jointly contact District Judge Sweeney's Chambers by email (Sweeney_chambers@cod.uscourts.gov) to request a Final Pretrial conference date.

**Court in recess:**     10:48 a.m.     (Conference concluded)
**Total time in Court:  00:08**

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.