IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-455-CNS

Katarzyna Brozynski,

    Plaintiff,

v.

Safeco Insurance Company of America,

    Defendant.

## NOTICE OF SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Local Rule 40.2(b), Plaintiff Katarzyna Brozynski hereby gives notice that the parties have agreed to settle this case. Pursuant to their agreement, the parties anticipate filing a Stipulation of Dismissal with Prejudice by July 15, 2024.

    Respectfully submitted,

*/s/ Alexander N. Beard*
Alexander N. Beard
State Bar No. 01970000
SAUNDERS, WALSH & BEARD
6850 TPC Drive, Suite 210
McKinney, Texas 75070
Telephone: (214) 919-3555
Facsimile: (214) 615-9019
Alex@saunderswalsh.com

**ATTORNEY FOR PLAINTIFF**

1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2024, I caused a true and correct copy of the foregoing to be served on all counsel of record via the CM/ECF system.

*/s/ Alexander N. Beard*
Alexander N. Beard