## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.  1:24-cv-00455-CNS-MEH

KATARZYNA BROZYNSKI,

Plaintiff,

v.

SAFECO INSURANCE COMPANY OF AMERICA,

Defendant.

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff Katarzyna Brozynski ("Plaintiffs") and Defendant Safeco Insurance Company of America ("Defendant"), (collectively, the "Parties"), by and through their respective undersigned counsel of record, pursuant to Fed.R.Civ.P 41(a)(1)(A)(ii), hereby submit this Joint Stipulation for Dismissal with Prejudice:

1. The Parties have reached a settlement of the above-captioned case and all claims which were or could have been alleged therein.

2. The Parties hereby stipulate to the dismissal of this action, with prejudice.

3. Each Party shall bear his, her or its own attorneys' fees and costs incurred in connection with this matter.

WHEREFORE, Plaintiff Katarzyna Brozynski and Defendant Safeco Insurance Company of America hereby request that this Court enter an order of dismissal, with prejudice, each party to pay his, her or its own attorneys' fees and costs incurred in connection with this matter.

125114849.1

Respectfully submitted this 18th day of June, 2024.

| SAUNDERS, WALSH & BEARD | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| *s/ Alexander N. Beard* | *s/ Robin L. Bowers* |
| Alexander N. Beard, Esq. | Brian J. Spano, Esq. |
| 6850 TPC Drive, Suite 210 | Holly C. White, Esq. |
| McKinney, Texas 75070 | Robin L. Bowers, Esq. |
| Telephone: (214) 919-3555 | 1601 19th Street, Suite 1000 |
| Alex@saunderswalsh.com | Denver, CO 80202 |
| | Telephone: (303) 623-9000 |
| *Attorney for Plaintiff* | bspano@lewisroca.com |
| *Katarzyna Brozynski* | hwhite@lewisroca.com |
| | rbowers@lewisroca.com |
| | *Attorneys for Defendant* |
| | *Safeco Insurance Company of America* |

2

125114849.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2024, a true and correct copy of the foregoing **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** was electronically filed using CM/ECF, with service to the following:

Alexander N. Beard, Esq.
Saunders, Walsh & Beard
6850 TPC Drive, Suite 210
McKinney, Texas 75070
Telephone: (214) 919-3555
Alex@saunderswalsh.com

*Attorney for Plaintiff*
*Katarzyna Brozynski*

        *s/ Robin L. Bowers*
        Robin L. Bowers, Esq.

125114849.1